DANIEL J. BRODERICK, Bar #89424
Federal Defender
PEGGY SASS, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ABUNDIO CELESTINO-CALVILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>    *Plaintiff,* </br> v. </br> ABUNDIO CELESTINO-CALVILLO, </br>    *Defendant.* | No. 1:09-cr-0276 AWI </br> STIPULATION AND ORDER TO CONTINUE CONFERENCE HEARING </br> DATE:  October 13, 2009 </br> TIME:   9:00 A.M. </br> JUDGE:  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 5, 2009, **may be continued to October 13, 2009 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.

///
///
////
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE BROWN
United States Attorney

DATED: October 1, 2009     By:   /s/ Susan Phan
                                 SUSAN PHAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 1, 2009     By:   /s/ Peggy SASS
                                 PEGGY SASS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ABUNDIO CELESTINO-CALVILLO

**O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 2, 2009**          /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE